# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION
# CIVIL ACTION NO. 3:14-CV-00491-TBR-LLK

CERES PROTEIN, LLC, *et al.*,  Plaintiffs/Counterclaim Defendants,

v.

THOMPSON MECHANICAL &
DESIGN, *et al.*,  Defendants/Counterclaimants.

## MEMORANDUM OPINION AND ORDER

In anticipation of the approaching trial in this action, Barry and Robert Thompson, along with their Ohio partnership Thompson Mechanical & Design, have moved to sequester any persons listed on Ceres Protein, LLC and Roger Shannon's witness list. For the following reasons, the Thompsons' Motion to Sequester, [R. 184], is **GRANTED IN PART** and **DENIED IN PART**.

Pursuant to Federal Rule of Evidence 615, this Court must, upon a party's request, "order witnesses excluded so that they cannot hear other witnesses' testimony." Fed. R. Evid. 615. Of course, the Rule is subject to a handful of exceptions, such as when the witness is "a party who is a natural person" or "an officer . . . of a party that is not a natural person, after being designated as the party's representative by its attorney." Fed. R. Evid. 615(a)–(b); *see also Roberts ex rel. Johnson v. Galen of Va., Inc.*, 325 F.3d 776, 784 (6th Cir. 2003) (discussing exceptions). Where no exception applies, however, the plain language makes sequestration "a matter of right rather than a matter of judicial discretion." *William L. Comer Family Equity Pure Tr. v. C.I.R.*, 958 F.2d 136, 140 (6th Cir. 1992).

1

In accordance with the Rule, the Court will sequester those persons listed on Ceres Protein, LLC and Roger Shannon's witness list. [*See* R. 160 (Witness List).] However, the Court will not sequester Roger Shannon, who is a party to this action. *See* Fed. R. Evid. 615(a). Likewise, the Court will not sequester Ceres Protein, LLC's designated representative. *See* Fed. R. Evid. 615(b).

**IT IS HEREBY ORDERED** that the Thompsons' Motion to Sequester, [R. 184], is **GRANTED IN PART** and **DENIED IN PART**.

**IT IS SO ORDERED.**

Date:

cc:    Counsel of Record