UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

| | |
|---|---|
| CERES PROTEIN, LLC, et al.<br><br>Plaintiffs/Counterclaim Defendants,<br><br>v.<br><br>THOMPSON MECHANICAL & DESIGN, et al.,<br><br>Defendants/Counterclaimants,<br><br>v.<br><br>MICHAEL TARULLO, JR.,<br><br>Third-Party Defendant. | Civil Action No. 3:14-cv-00491-TBR |

## AGREED SETTLEMENT AND ORDER OF DISMISSAL

Plaintiffs Ceres Protein, LLC ("Ceres") and Roger D. Shannon ("Shannon") (collectively, the "Plaintiffs"), Defendants Thompson Mechanical & Design, Barry R. Thompson, and Robert B. Thompson (collectively, the "Defendants"), by their signatures and the signatures of their counsel, having agreed to the terms of this Agreed Settlement and Order of Dismissal (the "Order"), and the Court being otherwise sufficiently advised,

IT IS HEREBY ORDERED that all claims, counterclaims, and third-party claims in this matter are dismissed WITH PREJUDICE upon the following terms:

1. <u>Releases</u>.

    a. Plaintiffs hereby release and discharge Defendants from any and all claims, demands, losses, liabilities, damages, agreements, actions, obligations, injuries, promises, claims for attorney's fees, or causes of action of any nature, whether based in tort, contract,

warranty, or any other theory, and whether for compensatory or other damages, which they asserted or which could have been asserted arising from the circumstances set forth in the Complaint filed in this action.

        b.    Defendants hereby release and discharge Plaintiffs and Michael Tarullo, Jr., from any and all claims, demands, losses, liabilities, damages, agreements, actions, obligations, injuries, promises, claims for attorney's fees, or causes of action of any nature, whether based in tort, contract, warranty, or any other theory, and whether for compensatory or other damages, which they asserted or which could have been asserted arising from the circumstances set forth in the Counterclaims, Third Party Complaint, and/or the proposed Amended Counterclaim filed in this action.

2.    <u>Dissolution of Ceres Protein, LLC.</u> Within thirty (30) days of the date of this Order, unless granted more time to do so by the Court for good cause shown, Plaintiffs agree to dissolve the entity Ceres Protein, LLC.

3.    <u>No Contact</u>. Except as may be necessary to effectuate the terms of this Order, Defendants shall be prohibited from communicating with Shannon, Shannon's family members, Shannon's current or future employer, companies for which Shannon now serves or may in the future serve on a Board of Directors, or companies for which Shannon provides consulting services. This paragraph ~~is not~~ intended to prohibit, and shall not be construed to prohibit, the Defendants from owning or trading the stock of any publicly traded company. [handwritten initials: CLS, CLH]

4.    <u>No Appeal.</u> The parties agree that there shall be no appeals taken from this action.

5.    <u>Michael D. Tarullo, Sr.</u> Nothing contained in this release shall have any impact on claims which have been or may in the future be asserted against Michael D. Tarullo, Sr. or any other person or company who is not a party to this litigation.

6. <u>Denial of Liability.</u> All parties deny liability for the claims asserted in this action.

HAVE SEEN AND AGREED:

_____
Ceres Protein, LLC
By: Roger D. Shannon, Member

_____
Roger D. Shannon

_____
Casey L. Hinkle
KAPLAN & PARTNERS LLP
710 W. Main St., 4th Floor
Louisville, Kentucky 40202
*Counsel for Ceres Protein, LLC
and Roger D. Shannon*

_____
Thompson Mechanical & Design
By: Barry Thompson, Partner

_____
Barry Thompson

_____
Robert Thompson

_____
Charles L. Thomason
55 W. 12th Ave.
Columbus, Ohio 43210
*Counsel for Thompson Mechanical & Design,
Barry Thompson, and Robert Thompson*

Date:
cc:      Counsel of Record

3